USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

DIVER'S SUPPLY, INC.,

                    Defendant.

---------------------------------------x

Case No.: 1:22-cv-04250-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rafael Cordero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Diver's Supply, Inc.

DATED: September 15, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of Court is respectfully requested to terminate all open motions and to close the case. Dismissal in this case only pertains to the named Plaintiff. The Clerk of Court is therefore further requested to strike the phrase "and on behalf of all others similarly situated" from the case's caption.

SO ORDERED.

*Valerie Caproni*  09/16/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE